**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

| | |
|---|---|
| FRED GERRALD,<br><br>Plaintiff,<br><br>v.<br><br>BULLOCH COUNTY, et al.,<br><br>Defendants. | CIVIL ACTION NO.: 6:26-cv-2 |

**ORDER**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's July 28, 2026, Report and Recommendation, (doc. 14), to which plaintiff has not filed an objection. Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 14.) Defendant Bulloch County Sherrif's Department's Motion to Dismiss is **GRANTED**. (Doc. 8.) Plaintiff's claims against the Bulloch County Sheriff's Department are **DISMISSED**.

The Magistrate Judge also directed Plaintiff to respond and show cause why his remaining claims, against Bulloch County and Deputy "Shylee" or Schielie should not be dismissed for Plaintiff's failure to serve them, pursuant to Federal Rule of Civil Procedure 4(m). (Doc. 14, pp. 4—5.) The deadline has passed and Plaintiff has not responded. As the Magistrate Judge explained, under Rule 4(m), Plaintiff was required to serve the Defendants by no later than April 8, 2026. (Id.) That deadline has long since passed and, in the absence of any showing of good cause for the failure to serve those Defendants, the Rule requires that Plaintiff's claims against them be dismissed without prejudice. Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the

plaintiff—must dismiss the action without prejudice against that defendant . . . ."). Even in the absence of good cause, the Court must consider whether any other factors warrant an extension of the service deadline. Lepone-Dempsey v. Carroll Cnty. Comm'rs, 476 F.3d 1277, 1282 (11th Cir. 2007). It has done so here and finds no reason to independently extend Plaintiff's service deadline, particularly in the absence of any response from Plaintiff. Accordingly, Plaintiff's claims against Defendants Bulloch County and Deputy "Shylee" or Schielie are **DISMISSED without prejudice**. Fed. R. Civ. P. 4(m).

In summary, the Report and Recommendation is **ADOPTED**. (Doc. 14.) Defendant Bulloch County Sheriff's Department's Motion to Dismiss is **GRANTED**. (Doc. 8.) Plaintiff's claims against Defendants Bulloch County and Deputy "Shylee" or Schielie are **DISMISSED** without prejudice for his failure to serve them timely. Fed. R. Civ. P. 4(m). The Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 10th day of September, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA