AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

Fred Gerrald

Plaintiff

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: 6:26-cv-00002

Bulloch County et al.,

Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated September 10, 2026, the Magistrate Judge's Report and Recommendation is ADOPTED. Defendent's are DISMISSED without prejudice for failure to serve them timely. This case stands closed.

9/10/2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Deputy Clerk*